IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE

In re:
**GARRETT LEE HOWELL**
**JESSICA MARIE HOWELL** )
**1308-B ALASKA AVENUE** )  CASE NO. 14-00662
**FORT CAMPBELL, KY 42223** )
   Debtors. )  Chapter 13
  )
SSN: xxx-xx-6874 )
SSN: xxx-xx-4625 )

## NOTICE OF CORRECT DEBTOR ADDRESS

Come now the Debtors, **GARRETT LEE HOWELL & JESSICA MARIE HOWELL**, and would notify the Court that they have moved and their correct address is:

    661 Deerwood Park
    Centralia, IL 62801

This the 9th day of June, 2014.

                     Respectfully submitted,

BY:   */s/ Robert H. Moyer*
       Robert H. Moyer  #013664
       Attorney for Debtor(s)
       408 Franklin Street
       Clarksville, TN 37040
       931/221-0010
       Fax: 931/221-0112
       rhmoyer@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the attached document was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, this 9th day of June, 2014.

       */s/ Robert H. Moyer*
       ROBERT H. MOYER