*Randal S. Mashburn* (signature)

Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 6/13/2014

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE:
GARRETT LEE HOWELL            §          CASE NO. 14-00662
JESSICA MARIE HOWELL        §          CHAPTER 13
1308-B ALASKA AVENUE         §
FORT CAMPBELL, KY 42223     §
                                  §           JUDGE ~~HARRISON~~ MASHBURN

SSN: xxx-xx- 6874
SSN: xxx-xx- 4625

Debtors.

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN TO ADD CREDITORS

Based upon Debtor's Motion to Modify Confirmed Chapter 13 Plan to Add Creditors in this cause, notice of such having been given pursuant to Local Rule 9013-1, and no objection to said notice and motion having been filed, **IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** as follows:

1.      That the Debtor's Motion to Modify Confirmed Chapter 13 Plan to Add the following Creditors:

Bethel University
302 B Tyson Ave.
Paris, TN
Amount of Claim:        $679.97

Liberty University
1971 University Blvd.
Lynchburg, VA 24515
Amount of Claim:        $1,811.84

Hopkinsville Community College
P.O. Box 2100
Hopkinsville, KY 42241
Amount of Claim:        $175.56

as unsecured non-priority creditors is hereby **GRANTED.**

**THIS ORDER WAS SIGNED AND
ENTERED ELECTRONICALLY AS
INDICATED AT THE TOP OF THE PAGE**

APPROVED FOR ENTRY:

BY:     */s/Robert H Moyer*
        Robert H. Moyer
        Attorney for Debtor
        408 Franklin Street
        Clarksville, TN 37040
        931/221-0010
        Fax: 931/221-0112
        rhmoyer@bellsouth.net

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.