## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

GARRETT LEE HOWELL
JESSICA MARIE HOWELL
661 DEERWOOD PARK
CENTRALIA, IL  62801

Case No. **14-00662-RM3-13**

JUDGE RANDAL S MASHBURN

SSN XXX-XX-6874    SSN XXX-XX-4625

### TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been examined. The deadline for filing non government claims in this case was **06/16/2014**. The deadline for filing claims by governmental units was **07/29/2014**. After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SANTANDER CONSUMER USA<br>DBA CHRYSLER CAPITAL<br>P O BOX 961278<br>FORT WORTH, TX  76161 | $0.00<br>DATE FILED: 02/11/2014 | 910 AUTOMOBILE LOAN (W)<br>Disb level: 0<br>SURRENDERED<br>ACCT: **8643**<br>COMM: 13 CHRYSLER 200/SURRENDERED |
| | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 3 |
| NATIONSTAR MORTGAGE<br>ATTN BANKRUPTCY<br>350 HIGHLAND DR<br>LEWISVILLE, TX  75067 | $0.00<br>DATE FILED: 03/06/2014 | COSTED - MORTGAGE REGULAR<br>Disb level: 0<br>SURRENDERED<br>ACCT: **0087**<br>COMM: MTG-503 AURELIA LYNN DR/SURRENDER |
| | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 13 |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA  22119 | $0.00<br>DATE FILED: 02/19/2014 | 910 AUTOMOBILE LOAN (W)<br>Disb level: 0<br>SURRENDERED<br>ACCT: **1669**<br>COMM: 13 DODGE CARAVAN/SURRENDER |
| | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 5 |

| Creditor | Amount / Date | Status |
|---|---|---|
| ADVANCE FINANCIAL<br>DESHA WATSON PLLC<br>1106 18TH AVE S<br>NASHVILLE, TN 37212 | **$1,129.00**<br>DATE FILED: 03/17/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **7426**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 14 |
| BELLSOUTH TELECOMMUNICATIONS<br>ATT SERVICES<br>ONE ATT WAY ROOM 3A104<br>BEDMINSTER, NJ 07921 | **$776.45**<br>DATE FILED: 02/06/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **3796**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 1 |
| BELMONT FINANCE<br>P O BOX 152<br>WAUPACA, WI 54981 | **$0.00**<br>DATE FILED: 02/28/2014 | SECURED CREDITOR (F)<br>Disb level: 0<br>SURRENDERED<br>ACCT: **6874**<br>COMM: KIRBY CLEANING SYS/SURRENDERED |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 11 |
| CBE GROUP<br>1309 TECHNOLOGY PKWY<br>CEDAR FALLS, IA 50613 | **$0.00**<br>DATE FILED: 01/31/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **2446**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| CDE<br>P O BOX 31509<br>CLARKSVILLE, TN 37040 | **$0.00**<br>DATE FILED: 01/31/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **4001**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS<br>ATTN CASH MGMT<br>279 TROWBRIDGE DR<br>FOND DU LAC, WI  54937 | **$324.68**<br>DATE FILED: 02/19/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3498**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 8 |
| COMCAST<br>P O BOX 140400<br>NASHVILLE, TN  37214 | $0.00<br>DATE FILED: 01/31/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **05 9**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| ST MARYS PHYSICIANS CENTRALIA<br>CONSUMER ADJUSTMENT CO<br>12855 TESSON FERRY RD STE 200<br>ST LOUIS, MO  63128 | $0.00<br>DATE FILED: 01/31/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **191**<br>COMM: MED |
| | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| CHARTER COMMUNICATIONS<br>CREDIT MANAGEMENT LP<br>4200 INTERNATIONAL PKWY<br>CARROLLTON, TX  75007 | $0.00<br>DATE FILED: 01/31/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4229**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| FOCUS T25<br>P O BOX 406<br>FARMINGTON, NY  11735 | $0.00<br>DATE FILED: 01/31/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| FORT CAMPBELL FEDERAL CREDIT UNION<br>ATTN MARY DUDLEY DIRECTOR OF COLLECTIONS<br>2050 LOWES DR<br>CLARKSVILLE, TN 37040 | **$873.27**<br>DATE FILED: 02/11/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4821**<br>COMM: OVERDRAFT |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 2 |
| CAPITAL ONE NA<br>BECKET AND LEE LLP<br>P O BOX 3001<br>MALVERN, PA 19355 | **$521.90**<br>DATE FILED: 05/14/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0678**<br>COMM: KOHLS/CAPONE |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 18 |
| MILITARY STAR<br>3911 S WALTON WALKER BLVD<br>DALLAS, TX 75236 | **$0.00**<br>DATE FILED: 01/31/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0035**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| AAFES<br>BASS AND ASSOC PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ 85712 | **$3,672.03**<br>DATE FILED: 02/21/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8601**<br>COMM: MILITARY STAR |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 9 |
| MILITARY STAR<br>P O BOX 660202<br>DALLAS, TX 75266 | **$0.00**<br>DATE FILED: 01/31/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 18<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA  22119 | **$4,167.17**<br>DATE FILED: 02/19/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1636**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 19<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 4 |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA  22119 | **$7,135.98**<br>DATE FILED: 02/19/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0003**<br>COMM: CC |
| | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 6 |
| STAR CARD<br>NO ADDRESS GIVEN<br>,    00000 | **$0.00**<br>DATE FILED: 01/31/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 21<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| AAFES<br>BASS AND ASSOC PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | **$3,221.36**<br>DATE FILED: 02/21/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9490**<br>COMM: TAKE IT HOME TODAY |
| | TRUSTEE'S CLAIM NO: 22<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 10 |
| AMERICAN INFOSOURCE LP<br>AS AGENT FOR VERIZON<br>P O BOX 248838<br>OKLAHOMA CITY, OK  73124 | **$1,033.35**<br>DATE FILED: 04/02/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0001**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 23<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 16 |

| | | |
|---|---|---|
| SPRINT<br>P O BOX 660075<br>DALLAS, TX  75266 | $0.00<br>DATE FILED: 01/31/2014 | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>REJECT<br>ACCT:<br>COMM: CELL PHONE |
| | TRUSTEE'S CLAIM NO: 24<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| VERIZON WIRELESS<br>777 BIG TIMBER RD<br>ELGIN, IL  60123 | $0.00<br>DATE FILED: 01/31/2014 | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>REJECT<br>ACCT:<br>COMM: CELL PHONE |
| | TRUSTEE'S CLAIM NO: 25<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA  22119 | $0.00<br>DATE FILED: 02/19/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **1636**<br>COMM: \*\*DUPLICATE\*\*/DISALLOWED |
| | TRUSTEE'S CLAIM NO: 26<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 7 |
| AMEREN ILLINOIS<br>2105 E STATE ROUTE 104<br>PAWNEE, IL  62558 | $1,685.88<br>DATE FILED: 03/04/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **3035**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 27<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 12 |
| SPRINT CORP<br>ATTN BANKRUPTCY DEPT<br>P O BOX 3326<br>ENGLEWOOD, CO  80155 | $676.89<br>DATE FILED: 03/24/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **6448**<br>COMM: CELLULAR SVC |
| | TRUSTEE'S CLAIM NO: 28<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 15 |

| | | |
|---|---|---|
| DIRECT TV<br>2230 E IMPERIAL HWY<br>EL SEGUNDO, CA  90245 | **$0.00**<br>DATE FILED: 03/20/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4934**<br>COMM: CABLE SVC |
| | TRUSTEE'S CLAIM NO: 29<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| INSOLVE AUTO FUNDING<br>CAPITAL RECOVERY GROUP<br>DEPT 3403 P O BOX 123403<br>DALLAS, TX  75312 | **$17,991.00**<br>DATE FILED: 05/30/2014 | AUTOMOBILE LOAN (V)<br>Disb level: 21<br><br>ACCT: **0800**<br>COMM: 2014 DODGE DART |
| | TRUSTEE'S CLAIM NO: 30<br>PERCENT ALLOWED: **100.00 % + 22.00%** | COURT'S CLAIM# 20 |
| MONTGOMERY COUNTY AMBULANCE EMS<br>% CREDIT BUREAU SYSTEMS<br>P O BOX 482 121 WEST DUNBAR CAVE RD<br>CLARKSVILLE, TN  37040 | **$788.20**<br>DATE FILED: 04/24/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0269**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 31<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 17 |
| CAMPBELL CROSSINGS LLC<br>2049 INDIANA AVE<br>FORT CAMPBELL, KY  42223 | **$0.00**<br>DATE FILED: 05/08/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 32<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| QUANTUM3 GROUP<br>AS AGENT FOR BELMONT FINANCE<br>P O BOX 788<br>KIRKLAND, WA  98083 | **$0.00**<br>DATE FILED: 05/21/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1468**<br>COMM: BELMONT FINANCE**DUPLICATE**/DISALLOWED |
| | TRUSTEE'S CLAIM NO: 33<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 19 |

| | | |
|---|---|---|
| BETHEL UNIVERSITY<br>302 B TYSON AVE<br>PARIS, TN  38242 | $0.00<br>DATE FILED: 05/23/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: AMEND TO ADD PER ORDER 06/13/14 |
| | TRUSTEE'S CLAIM NO: 34<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| LIBERTY UNIVERSITY<br>P O BOX 10425<br>LYNCHBURG, VA  24506 | $1,811.84<br>DATE FILED: 06/20/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7202**<br>COMM: AMEND TO ADD PER ORD 6/13/14 |
| | TRUSTEE'S CLAIM NO: 35<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 21 |
| HOPKINSVILLE COMMUNITY COLLEGE<br>PO BOX 2100<br>HOPKINSVILLE, KY  42241 | $0.00<br>DATE FILED: 05/23/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: AMEND TO ADD PER ORDER 06/13/14 |
| | TRUSTEE'S CLAIM NO: 36<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| INSOLVE AUTO FUNDING<br>CAPITAL RECOVERY GROUP<br>DEPT 3403 P O BOX 123403<br>DALLAS, TX  75312 | $9.00<br>DATE FILED: 05/30/2014 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0800**<br>COMM: UNSECURED PORTION OF SPLIT CLAIM |
| | TRUSTEE'S CLAIM NO: 10030<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 20 |

TOTAL $49,099.00

The Trustee proposes to pay on such claims unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

|  |  |  |
|---|---|---|
| <u>08/28/2014</u><br>DATE | <u>  TLB  </u><br>INITIALS | <u>/s/ Henry E. Hildebrand, III</u><br>HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203<br>PHONE: 615-244-1101<br>FAX: 615-242-3241<br>pleadings@ch13nsh.com |

cc: HENRY E. HILDEBRAND, III
    GARRETT LEE HOWELL
    JESSICA MARIE HOWELL
    661 DEERWOOD PARK
    CENTRALIA, IL  62801

ROBERT H MOYER, ATTY
408 FRANKLIN STREET
CLARKSVILLE, TN  37040