# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
GARRETT LEE HOWELL
JESSICA MARIE HOWELL
661 DEERWOOD PARK
CENTRALIA, IL 62801

Case No.14-00662-RM3-13
CHAPTER 13

SSN XXX-XX-6874    SSN XXX-XX-4625

## TRUSTEE'S NOTICE OF FILING OF ADDITIONAL CLAIM AND INTENT TO PAY

Comes now the Standing Chapter 13 Trustee and hereby serves notice that the following claim was filed against the estate of the debtor and that such claim was not included in previous notices disclosing claims:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA 22119-0000 | $26,480.36 | UNSECURED CREDITOR<br>Disb Level: 41.00<br>ACCT:6619<br>COMM: DEFICIENCY/AMENDED |
| Court's Claim# 5 | Trustee's Claim# 37 | DATE FILED: 09/18/2014 |

The Trustee has examined the claim and intends to treat the claim as allowed for the amount claimed and payable pursuant to the provisions of the debtor(s) confirmed plan and other orders of this court.

09/30/2014
DATE SENT

AMA
INITIALS

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc:
ROBERT H MOYER, ATTY
408 FRANKLIN STREET
CLARKSVILLE, TN 37040

GARRETT LEE HOWELL
JESSICA MARIE HOWELL
661 DEERWOOD PARK
CENTRALIA, IL 62801

CHAPTER 13 TRUSTEE